UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:
-v-                                           :        09-CR-157-1 (JMF)
:
HECTOR DOMINGUEZ-GABRIEL,                               :        ORDER
:
Defendant.                            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the Government's letter earlier today indicating that it does not waive the exhaustion requirement in Section 3582(c)(1)(A)(i), Defendant Hector Dominguez-Gabriel's motion for compassionate release is DENIED without prejudice to renewal after he has exhausted his administrative remedies. *See United States v. Roberts*, No. 18-CR-528-5 (JMF), 2020 WL 1700032, at *2-3 (S.D.N.Y. Apr. 8, 2020). The Clerk of Court is directed to terminate ECF No. 149, and to mail a copy of this Order to Dominguez-Gabriel at the following address:

           Reg. No. 86202-004
           CI North Lake
           P.O. Box 1500
           Baldwin, MI  49304

SO ORDERED.

Dated: May 26, 2020
      New York, New York

                                                 JESSE M. FURMAN
                                                 United States District Judge