UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA,            :

     -v-                            :        09-CR-157 (JMF)

HECTOR DOMINGUEZ-GABRIEL,    :        <u>ORDER</u>

               Defendant.        :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 17, 2020, Defendant Hector Dominguez-Gabriel, proceeding *pro se*, filed a "Motion to Reconsider Compassionate Release." *See* ECF No. 154. Out of an abundance of caution, the Court concludes that it is appropriate to appoint counsel for Defendant pursuant to the Criminal Justice Act. Accordingly, CJA counsel on duty today, Steven Brill, is hereby appointed to handle any application relating to COVID-19. Mr Brill shall promptly contact the Defendant to notify him of his appointment. No later than June 25, 2020, Mr. Brill shall file a letter indicating whether Defendant has any objection to his representation.

       Relatedly, the Government shall file any opposition to the motion by **June 25, 2020**, and Defendant shall file any reply by **July 1, 2020**. The Government should address in detail the conditions of Defendant's confinement and whether and to what extent he has the ability to exhaust his administrative remedies.

       The Clerk of Court is directed to mail a copy of this Order to Dominguez-Gabriel at the following address:

                               Reg. No. 86202-004
                               North Lake CI
                               P.O. Box 1500 Baldwin, MI 49304

   SO ORDERED.

Dated: June 18, 2020
       New York, New York                               JESSE M. FURMAN
                                                        United States District Judge