UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:  09-CR-157-1 (JMF)
-v-
:
:  ORDER
HECTOR DOMINGUEZ-GABRIEL,
:
:
Defendant.
:
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 29, 2025, Defendant Hector Dominguez-Gabriel filed a "RENEWED MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(l)(A)."  ECF No. 165.  It is hereby ORDERED that Government shall file any opposition to that motion by **June 12, 2025**.  Defendant's reply, if any, shall be filed by **June 26, 2025**.

      The Clerk of Court is directed to mail a copy of this Order to:

            HECTOR DOMINGUEZ-GABRIEL
            Register No. 86202-004
            FCI Allenwood Low
            Federal Correctional Institution
            P.O. BOX 1000
            White Deer, PA  17887

      SO ORDERED.

Dated: May 30, 2025
       New York, New York
                                                JESSE M. FURMAN
                                            United States District Judge